### 1749.   SOUTHERN RAILWAY COMPANY *v.* BIVINGS.

HILL, C. J. When this case was here before, this court held that there was no evidence to support the verdict against the railroad company. 3 *Ga. App.* 552 (60 S. E. 287). No evidence was introduced on the second trial which changes the opinion of the court. The plaintiff not only failed to make out a prima facie case of negligence, but the evidence in his behalf affirmatively proved that the railroad was not liable.

*Judgment reversed.*

Action for damages—appeal, from Whitfield superior court—Judge Fite. January 14, 1909.

Argued May 5,—Decided October 5, 1909.

*J. M. Rudolph, Maddox, McCamy & Shumate,* for plaintiff in error. *George G. Glenn,* contra.